THE STATE OF OHIO, APPELLEE, *v.* WHITE, APPELLANT.

[Cite as *State v. White* (1996), 75 Ohio St.3d 430.]

(No. 95–2471—Submitted February 20, 1996—Decided April 17, 1996.)

*Dale D. White, pro se.*

*Per Curiam.* We affirm the decision of the court of appeals for the reason stated in its judgment entry.

*Judgment affirmed.*

MOYER, C.J., DOUGLAS, RESNICK, F.E. SWEENEY, PFEIFER and COOK, JJ., concur.

WRIGHT, J., not participating.